FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 16 2015

CHRISTOPHER A. PRINE
CLERK

Case No. 01-15-00225-CV

Aaron Chevalier
    Appellant-Tenant

        Vs

W M Roberson,
    Appellee-Landlord (*Pro Se*)

IN THE COURT OF APPEALS

FIRST JUDICIAL DISTRICT

HOUSTON, TEXAS

---

On Appeal from Judgment No. 1058132
County Civil Court at Law No. One
Hon. Debra Ibarra Mayfield, Judge
Houston, Texas

---

### APPELLEE'S MOTION TO FILE FIRST AMENDED BRIEF

MAY IT PLEASE THE HONORABLE COURT:

W M Roberson, appellee-landlord (pro se), respectfully submits this Motion to File First Amended Brief under the Tex. R. App. P. 38.7, showing:

Both parties obtained 30-days extension of time to file the Appellant's brief on August 25, 2015, and the Appellee's brief on Oct. 26, 2015. Appellee will need an extension of time to review the Appellant's cited case laws, and prepare his defense, and no other extension except for Appellant's has been previously requested. The *TEX. R. APP. P. 38.1(g)* states that the statement of facts portion of an **appellant's brief "must be supported by record references."** Appellant's Brief violates this rule by providing no recorder's record citations.

1

Therefore, the Appellant has had to review his notes and over 200-pages of exhibits, and after double-checking the briefs' facts, laws, and citations, there are errors and omissions therein which should be amended in the interest of justice.

Moreover, this case has not been set for submission to a panel of this Court, and no harm will result from granting this motion to file the accompanying First Amended Brief submitted herewith.

WHEREFORE, the Court should grant this request and order that the First Amended Brief is timely filed on today's date, to wit: Nov. 16, 2015.

## Certificate of Service

On this day I certify that a copy of this document was mailed to counsel of record, Nasischa Biscette, 1811 Bering Dr., #300, Houston, TX 77057.

## Certificate of Conference

On this day I certify that I have conferred or made a reasonable attempt to confer with all counsel of record about the merits of this motion which is unopposed or un-responded to.

Respectfully submitted,

_W M Roberson_      Dated: _11-16-15_ .

W M Roberson
P.O. Box 842583
Houston, Texas 77284-2583

Appellee-Landlord (*Pro Se*)

2

Nov. 16, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 16 2015

CHRISTOPHER A. PRINE
CLERK

Hon. Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: Case No. 01-15-00225-CV, Aaron Chevalier –vs- W M Roberson
TC #1058132, Co. Civ. Ct. at Law No. 1, Hon. Debra I. Mayfield, Judge

Dear Hon. Clerk;

Please file in the above referenced case, an original plus 4-copies of:

1) APPELLEE'S MOTION TO FILE AMENDED BRIEF, And
2) FIRST AMENDED BRIEF FOR APPELLEE (PRO SE),

Also enclosed is my $10.00 money order for the filing fee.

Counsel of record was served by certificate of service.

Your courteous assistance is greatly appreciated!

Respectfully,

W M Roberson
P.O. Box 842583
Houston, TX 77284-2583

Appellee (*Pro Se*)